IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY D. TAYLOR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Case No. CIV-12-519-R |
| | ) |
| STATE OF OKLAHOMA, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered May 14, 2012.  No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.  Therefore, the Report and Recommendation is ADOPTED and this case is TRANSFERRED to the United States District Court for the Eastern District of Oklahoma

IT IS SO ORDERED this 1st day of June, 2012.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE